## A13A0394. FORD v. THE STATE.
### (742 SE2d 148)

PHIPPS, Presiding Judge.

Kwambi Ford filed a direct appeal from the trial court's denial of his motion to dismiss his indictment based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[*] Ford's appeal is therefore dismissed.[**]

*Appeal dismissed. Ellington, C. J., and Branch, J., concur.*

DECIDED APRIL 23, 2013.

*Laila A. Kelly, Gerard B. Kleinrock*, for appellant.
*Robert D. James, Jr., District Attorney, Leslie Miller-Terry, Assistant District Attorney*, for appellee.

---

[*] *Sosniak v. State*, 292 Ga. 35, 36 (2) (734 SE2d 362) (2012); *Morris v. State*, 319 Ga. App. 198 (734 SE2d 926) (2012).

[**] See *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012); *Morris*, supra.